```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL BASURTO GOMEZ, ET AL.,

                Plaintiffs,

    - against -

1125 KOSHER DELI. CORP., ET AL.,

                Defendants.

---

17-cv-5565 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court approves the settlement as fair, reasonable, and adequate, except that attorneys' fees are reduced to $20,000. The difference between the amount sought for attorneys' fees and $20,000 is to be distributed to the plaintiffs. As reduced, the amount of attorneys' fees is fair, reasonable, and adequate. This case is settled pursuant to the settlement agreement. The Clerk is directed to enter judgment dismissing this case. The Clerk is directed to close this case and all pending motions.

SO ORDERED.

Dated:    New York, New York
           May 19, 2018

                                          _____
                                               John G. Koeltl
                                        United States District Judge